# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 06-118-GK | MAGIS. NO: |
| v.<br><br>MICHAEL CRISTWELL | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Michael Cristwell | |
| | **FILED** | |
| DOB:  PDID: | MAY 2 2 2006 | |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

UNLAWFUL POSSESSION OF A FIREARM AND AMMUNITION BY A PERSON CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR

**IN VIOLATION OF:**  UNITED STATES CODE TITLE & SECTION:
18:922(g)(1)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE ALAN KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE ALAN KAY | DATE ISSUED:<br>5/4/06 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK:<br>*Melinda L. Pugh* | DATE:<br>5/4/06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | 5-4-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| DATE EXECUTED | 5-22-06 | Sean McLeod  SDUSM | S-S. M'L |
| HIDTA CASE: Yes  No X | | | OCDETF CASE: Yes  No X |

487723