UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 06-118 (HHK) |
| | : | |
| MICHAEL CRISTWELL, | : | Judge Henry H. Kennedy, Jr. |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S MOTION TO EXTEND TIME FOR FILING MOTION TO
ADMIT OTHER CRIMES EVIDENCE IN ORDER TO OBTAIN LEAVE
OF THE CHIEF JUDGE OF D.C. SUPERIOR COURT TO
<u>DISCLOSE GRAND JURY  INFORMATION</u>**

The United States of America, by and through counsel, the United States Attorney for the District of Columbia, respectfully submits this motion to extend the time for filing its Motion to Admit Other Crimes Evidence in this case in order to obtain permission from the Chief Judge of D.C. Superior Court to disclose Grand Jury material.  Defense counsel takes no position on this motion.

This matter is set for trial on September 25, 2006.  At a status hearing on June 27, 2006, the Court established a motions schedule ordering that the parties file motions in this case by July 17, 2006.  The defendant is also scheduled for trial on August 14, 2006 in D.C. Superior Court case number 2006CF32136 before a D.C. Superior Court judge in connection with an Indictment charging him with two counts of Pandering; two counts of Contempt; one count of Assault and one count of Threats.

In the case presently before this Court, the government intends to file a motion to admit evidence of other crimes, wrongs, or acts committed by the defendant pursuant to Fed. R. Evid. 404(b). Specifically, the government seeks to admit evidence pertaining to the facts underlying

the defendant's 2000 conviction in Maryland for Transport a Handgun as well as evidence pertaining to a more recent incident involving the defendant. In support of its Rule 404(b) motion pertaining to the more recent incident, the government plans to rely on information obtained during a D.C. Superior Court Grand Jury investigation. As such, the government requires leave of the Chief Judge of the D.C. Superior Court to disclose this Grand Jury information in its Rule 404(b) motion before this Court and to defense counsel to assist him in preparing a response to the government's Rule 404(b) motion. Although the government has not yet obtained this permission, it expects that it will be able to do so by the end of this week.

WHEREFORE, for the foregoing reasons, government counsel respectfully requests that the Court extend the time for the government to file its Motion to Admit Other Crimes Evidence in this case from July 17, 2006 to July 21, 2006.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

By: _____
KIM A. HERD
Assistant United States Attorney
555 Fourth Street, N.W.
Room 10-840
Washington, D.C. 20530
(202) 616-9370

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing Motion and proposed Order was served via electronic filing this 17th day of July 2006 on Mr. Carlos Vanegas, Assistant Federal Public Defender; 625 Indiana Avenue, N.W., Suite 550, Washington, D.C. 20004.

_____
KIM A. HERD
Assistant United States Attorney