UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 06-118 (HHK)** |
| | : | |
| | : | |
| **MICHAEL CRISTWELL,** | : | **Judge: Henry H. Kennedy, Jr.** |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the government's Motion to Extend Time for Filing Motion to Admit Other Crimes Evidence in Order to Obtain Leave of the Chief Judge of D.C. Superior Court to Disclose Grand Jury Information and finding good cause shown, it is this \_\_\_ day of July, 2006, hereby

ORDERED that the motion is GRANTED.

_____
The Honorable Henry H. Kennedy, Jr.
United States District Judge