UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 06-118 (HHK) |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| MICHAEL CRISTWELL | ) |  |

### ORDER

That upon consideration of Michael Cristwell's Motion to Suppress, all physical evidence seized on February 6, 2006 , in relation to the above-captioned it is hereby

**ORDERED** that the physical evidence, the Titanic .32 Caliber revolver and .32 caliber ammunition recovered inside 2302 Minnesota Avenue, SE Washington D.C. on February 6, 2006 is suppressed;

**SO ORDERED.**

_____                                                             _____
DATE                                                                          HENRY H. KENNEDY JR.
                                                                              UNITED STATES DISTRICT JUDGE


Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

Kim Herd
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530