# ATTACHMENT

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
District of Columbia

Case No. **F2590-98**

vs.

PDID No. **484-618**

**Michael L. Cristwell**

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty ☒ Guilty to the Charge(s) of **Count "C" Attempted Possession with intent to distribute Cocaine**

and having been found guilty by ☐ Jury ☒ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to **I.S.S.**

**Supervised Probation for a period of (2) Two years pursuant to Y.R.A. 803(a)**

☐ MANDATORY MINIMUM term of _____ applies to the sentence imposed.
☐ MANDATORY MINIMUM term does not apply.
☐ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.
☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 803[b] of the D.C. Code [Youth Rehabilitation Act 1985].
☒ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:

☒ Observe the general conditions of probation listed on the back of this order.
☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.
☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows: _____

☐ Restitution of $_____ in monthly installments of $_____ beginning _____ (see reverse side for payment instructions). The Court will distribute monies to _____.

☒ **Maintain employment or attend school. Complete See Forever Program if eligible.**

Costs in the aggregate amount of $ **100.00** have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☒ have not been paid. **by 11-24-98**

ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve as the commitment/order for the defendant.

**7-24-98**
Date

A TRUE COPY
TEST: **5-8-06**

Judge **Burnett**

Certification by Clerk pursuant to Criminal Rule 32(d)
Clerk, Superior Court of the District of Columbia

**7-24-98**
Date

By: _____ Deputy Clerk

Deputy Clerk

Form CD(18)-1040/Aug. 87

**... CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND**

STATE OF MARYLAND
vs.
Michael Christwell

Filed 8-18-00

Case #: CT99 0965B

## ORDER FOR PROBATION

It is ordered, this _18_ day of _August_, 20_00_, that for the offense of _Count 4_ _Transport Handgun_ _3 years_

I.  [ ] The imposition of sentence is suspended and the Defendant is released on probation.
    [ ] The execution of the sentence of _____ is suspended and the Defendant is hereby released on probation. [ ] under Article 27, §641 of the Annotated Code of Maryland.
    [✓] (Split Sentence) All but _30_ ~~Days~~ are suspended and the Defendant is placed on probation commencing upon release from incarceration, either by means of mandatory release or parole, whichever occurs first.
    [✓] Defendant is credited for time served before sentence of _28_ days.

II. [✓] Under supervision [ ] without supervision of the Maryland Division of Parole and Probation for a period of _2 years_ _until Community Service is Done._

III. The Defendant shall pay:
    Through the Clerk of the Court:
    [✓] Court costs of $ _145.00_
    Through the Division of Parole and Probation:
    [ ] Fine of $ _____
    [ ] Restitution of $ _____ to _____
    Appearance fee of $20.00
    [ ] Fine of _____
    Supervision fee of $25.00 _Waived_
    [✓] Public Defender fee of $ _Waived_

    [ ] Within ____ days/years [ ] Installments of $ ____ per month

IV. As may be directed by the assigned Probation Officer, the Defendant shall: Enter, complete and pay all costs and fees for:
    [ ] Counseling, psychiatric or psychological treatment     [ ] HIDTA IMPACT Program
    [ ] Drug or alcohol program and testing                     [ ] Random urinalysis
    [ ] Break the Cycle Program

V.  Register as _____
VI. Other: _100 Hours Community Service_

VII. In addition to the above, the Defendant is subject to the standard conditions of probation on the reverse side of this Order. You are to report to the Intake Agent of the Division of Parole and Probation in the Courthouse, Room 068B, Upper Marlboro, Maryland immediately. **YOUR FAILURE TO REPORT AS DIRECTED MAY RESULT IN YOUR ARREST.**

_Any violation of this order shall be heard before Judge Casula_

JUDGE

I have read, or have had explained to me, the conditions of probation. I understand that if I do not follow these conditions, I could be returned to court and charged with violation of probation.

Witness

Defendant  DOB 10-21-79
Street Address: 3005 - 30th St SE
City: Washington  State: DC  Zip: 20020

Signed: This _18_ Day of _August_, 20_00_

The foregoing conditions of probation were reviewed, in my presence, with my client, the above signed Defendant, who fully understood and agreed to them.

Attorney for Defendant

Original: Court File***Pink: Probationer***Yellow: Department of Parole and Probation          P.G.CC.FORM 1525A

STATE OF MARYLAND
PRINCE GEORGE'S COUNTY, TO WIT:

I HEREBY CERTIFY THAT the foregoing is a true copy of the

Disposition and documents in the above entitled case in the

Circuit Court for Prince George's County, Maryland.

                              IN TESTIMONY WHEREOF, I
hereto set my hand and affix the seal
of the Circuit Court for Prince
George's County, Maryland, this
26h Day of April, 2006.

*Rosalyn E. Pugh* 280
Rosalyn E. Pugh, Clerk #280

TIME: 22:30

DC Case No: 0E00124726

**COMPLAINANT**

CPL WESTFALL

P.G. County Police   1632

CRISWELL MICHAEL LAWRENCE JR

R  M  50  140  10/21/79

BLK PANTS BLUE SHIRT

(301) 567-... 

District IV

...Livingston Road

Oxon Hill, MD 20745

(202) 575-1886

...E STREET SE

WASHINGTON  DC  20020

HATE CRIME   Page 1 of _

## STATEMENT OF PROBABLE CAUSE

ON 05/15/99 AT 2230 HRS THIS OFFICER OBSERVED A 1990 FORD CROWN VICTORIA DISPLAYING A MARYLAND TEMPORARY TAG 88XXX BURGUNDY IN COLOR TRAVELING SOUTHBOUND IN THE 5000 BLK OF INDIAN HEAD HIGHWAY IN PRINCE GEORGES COUNTY, MARYLAND. THROUGH THIS OFFICERS TRAINING AND EXPERIENCE TO OBTAIN A MARYLAND TEMPORARY TAG THE VEHICLE MUST BE ABLE TO PASS INSPECTION. THE VEHICLE HAD DARK TINTED WINDOWS WHICH IS A VIOLATION AND WOULD NOT OF BEEN ABLE TO PASS MARYLAND INSPECTION TO OBTAIN THIS TEMPORARY TAG. AS THE OFFICER PULLED BEHIND THE VEHICLE THE DRIVER MADE A ILLEGAL TURN FROM LANE ONE TO THE LEFT TURN LANE TO WAIT FOR THE LEFT TURN SIGNAL, WHILE DOING THIS THE VEHICLE WAS BLOCKING TRAFFIC STILL AND CAUSING A TRAFFIC HAZARD. THIS OFFICER THEN CONDUCTED A TRAFFIC STOP ON THE VEHICLE. UPON APPROACHING THE VEHICLE THIS OFFICER OBSERVED AN ODOR OF AN ALCOHOLIC BEVERAGE COMING FROM THE DRIVER / DEFENDANT (MARVIN HAYES) BREATH. THE DRIVER / DEFENDANT (MARVIN HAYES) WAS ASKED TO EXIT THE VEHICLE AND THE (3) PASSENGERS WERE ASKED TO PUT THEIR HANDS IN VIEW OF THIS OFFICER FOR OFFICERS SAFETY. WHILE SPEAKING WITH THE DEFENDANT (MARVIN HAYES) THIS OFFICER DISCOVERED THAT THE MARYLAND TEMPORARY TAGS WERE NOT VALID AND THAT THE VEHICLE WAS UNINSURED AND UNREGISTERED. THE PASSENGERS IN THE VEHICLE WERE MOVING AROUND AND HANDING UNKNOWN OBJECTS BACK TO THE REAR RIGHT PASSENGERS SIDE OF THE VEHICLE. THIS OFFICER REQUESTED FURTHER UNITS AT THIS SCENE. THE DRIVER (MARVIN HAYES) WAS ASKED IF THERE WERE ANY WEAPONS IN THE VEHICLE HE REPLIED "NO YOU CAN SEARCH IT IF YOU WANT TO". UPON ARRIVAL OF SGT NEWTON #1703 AND PO DAVIS #2875 THIS OFFICER STARTED GATHERING INFORMATION FROM THE

DEFENDANT'S NAME (LAST, FIRST, MI): CRISTWELL, MICHAEL

CONTINUATION SHEET
## STATEMENT OF PROBABLE CAUSE
ARREST ON TRAFFIC/NATURAL RESOURCES CITATIONS/
CRIMINAL CHARGES/MUNICIPAL ORDINANCES/PUBLIC LOCAL LAWS

OCCUPANTS IN THE VEHICLE AND REQUESTED A TOW COMPANY TO IMPOUND THE UNREGISTERED VEHICLE. WHILE SPEAKING WITH OCCUPANTS OF THE VEHICLE THIS OFFICER OBSERVED A BLACK GUN BARREL STICKING OUT OF THE REAR SEAT BETWEEN THE REAR CENTER SEAT PASSENGER/DEFENDANT(MICHAEL CRISTWELL) AND THE REAR RIGHT PASSENGER/DEFENDANT(OGLESBY, JOSEPH). WITHOUT ALARMING THE OCCUPANTS OF THE VEHICLE THEY WERE ASKED TO EXIT THE VEHICLE. THE OCCUPANTS EXITED THE VEHICLE AT WHICH TIME THIS OFFICER RECOVERED THE HANDGUN FROM THE REAR SEAT. THE HANDGUN WAS A LOADED .32 CAL LORCIN SEMIAUTOMATIC SER #003593. A FURTHER SEARCH REVEALED A LOADED .22 CAL ASTRA SEMI-AUTOMATIC HANDGUN SER#145870 UNDER THE FRONT PASSENGERS SEAT WHERE THE FRONT SEAT PASSENGER/DEFENDANT (DONTAE ROSE) OR THE REAR SEAT PASSENGERS DEFENDANTS (MICHAEL CRISWELL)(JOSEPH OGLESBY) HAD ACCESS TO THE WEAPON. THIS OFFICER ALSO RECOVERED A ZIPLOCK BAG CONTAINING 10 GRAMS OF SUSPECTED CRACK COCAINE STUFFED INTO THE REAR CENTER SEAT BETWEEN THE REAR DRIVERS SIDE PASSENGER DEFENDANT(EDDIE ROGERS JR) AND THE CENTER REAR PASSENGER DEFENDANT (MICHAEL CRISTWELL). THE SUSPECTED CRACK COCAINE FIELD TESTED POSITIVE WITH AN APPROXIMATE STREET VALUE OF $2,000.00. THROUGH THIS OFFICERS TRAINING AND EXPERIENCE DRUG DEALERS WORK TOGETHER IN SELLING DRUGS. ONE MAY CARRY THE DRUGS WHILE ANOTHER MAY CARRY A WEAPON, AND ANOTHER MAY DO THE ACTUAL SELLING. THE DRIVER DEFENDANT (MARVIN HAYES) ADVISED THAT HE HAS OWNED THE VEHICLE WHICH THE HANDGUNS AND SUSPECTED CRACK COCAINE WERE RECOVERED FROM FOR 45 DAYS. THE DEFENDANTS WERE PLACED INTO CUSTODY AND TRANSPORTED TO DIST IV FOR PROCESSING. ALL OF THE ABOVE EVENTS OCCURRED IN PRINCE GEORGE'S COUNTY, MARYLAND.

DATE: 5/15/97
ARRESTING OFFICER: CPL W.S. HALL
TIME: 1652
P.G. County Police

CCN: 97-0001663540

Court Copy

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

STATE OF MARYLAND
STATES ATTORNEY: Ian Resetsky
VS

CASE NUMBER: CT011526A
DATE: 3-15-02
CLERK: Kelly Cottrill
CODE: _____
Code _____

Michael Cristwell
DEFENDANT (X) PRESENT ( ) NOT PRESENT
DEFENDANT'S ATTORNEY: Dale Saccarelli

1) JUDGE: Martin   : Jade 02-023-159M   REPORTED
2) Motion Orally to Amend Defendant's Name to Michael Laurence Cristwell, Jr.
   Granted. Amendment Made by State
3) ( ) JOINT ( ) STATE ( ) DEFENDANT CONTINUANCE ( ) GRANTED ( ) DENIED.
4) RESET TO _____ FOR _____
5) MOTIONS WITHDRAWN WITHOUT PREJUDICE.
6) PLEA OF NOT GUILTY WITHDRAWN AND ABA PLEA OF GUILTY ENTERED TO
   COUNT 1 - Robbery w/the Deadly Weapon
   ( ) VERDICT GUILTY  (X) COURT ACCEPTS PLEA.
7) PRE-SENTENCE INVESTIGATION ORDERED. ( ) SHORT FORM ( ) LONG FORM
   SENTENCING DATE: _____ AT 9:30 AM BEFORE JUDGE _____
8) ( ) BOND TO CONTINUE ( ) REMANDED TO THE CUSTODY OF THE SHERIFF PENDING
   SENTENCE. ALL PARTIES AND ATTORNEYS NOTIFIED.
9) PRE-SENTENCE REPORT (X) WAIVED ( ) SEALED AND FILED.
10) SENTENCED TO (X) DIVISION OF CORRECTIONS ( ) COUNTY CORRECTIONAL
    FACILITY AS FOLLOWS:
    COUNT 1 FOR A PERIOD OF 20 YEARS
    COUNT ___ FOR A PERIOD OF ___ YRS, ( ) CONCURRENT WITH ( ) CONSECUTIVE TO CNT___
    COUNT ___ FOR A PERIOD OF ___ YRS, ( ) CONCURRENT WITH ( ) CONSECUTIVE TO CNT___
    COUNT ___ PAY A FINE OF $_____
11) SENTENCE TO COMMENCE AS OF 10/29/01. 137 DAYS CREDIT GIVEN.
    ALL BUT 6 YEARS SUSPENDED AND (X) SUPERVISED ( ) UNSUPERVISED
    PROBATION FOR 5 years, UPON RELEASE.
12) SENTENCE TO BE SERVED IN THE COUNTY CORRECTIONAL FACILITY.
13) SENTENCE TO INCARCERATION IS SUSPENDED AND ( ) SUPERVISED
    ( ) UNSUPERVISED PROBATION FOR _____
14) FURTHER PROCEEDINGS DEFERRED. ENTRY OF JUDGMENT IS STAYED PURSUANT
    TO CRIMINAL PROCEDURE SECTION 6-220, AND THE DEFENDANT IS PLACED ON
    UNSUPERVISED/SUPERVISED PROBATION FOR A PERIOD OF _____
15) COURT COST ASSESSED/WAIVED $_____. PUBLIC DEFENDER FEE $ WAIVED
    ORDER FOR PROBATION, FILED.
16) ( ) STET ( ) NOLLE PROS ( ) NOT GUILTY ( ) JUDGMENT OF ACQUITTAL
    (X) NOLLE PROS REMAINING COUNTS
17) DEFENDANT FAILED TO ANSWER. APPEAL IS DISMISSED. CASE RETURNED TO
    DISTRICT COURT.
18) DEFENDANT FAILED TO ANSWER. ( ) BOND FORFEIT ( ) BOND REVOKED. BENCH
    WARRANT ISSUE, RETURNABLE TO CIRCUIT COURT ONLY. BOND SET AT $_____
19) ANY BENCH WARRANTS ARE RECALLED.
20) COURT: ( ) RECOMMENDS ( ) ORDERS ( ) HOME DETENTION ( ) INTERLOCK DEVICE
21) RESTITUTION OF $_____ TO _____

**IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND**

STATE OF MARYLAND

vs.

Michael Lawrence Cristwell, Jr.

CLERK OF THE CIRCUIT COURT FOR PRINCE GEORGES COUNTY, MD. Case #: CT011526A

## ORDER FOR PROBATION

It is ordered, this 15 day of March, 2003 that for the offense of Count 1- Robbery with Deadly Weapon - 20 years Suspend All but 6 years.

---

I.  [ ] The imposition of sentence is suspended and the Defendant is released on probation.
    [ ] The execution of the sentence of _____ is suspended and the Defendant is hereby released on probation [ ] under Article 27, §641 of the Annotated Code of Maryland.
    [✓] (Split Sentence) All but __6__ years are suspended and the Defendant is placed on probation commencing upon release from incarceration, either by means of mandatory release or parole, whichever occurs first.
    [✓] Defendant is credited for time served before sentence of __137__ days.

II. [✓] Under supervision   [ ] without supervision of the Maryland Division of Parole and Probation for a period of __5 years__

III. The Defendant shall pay:
    Through the Clerk of the Court:                Appearance fee of $20.00
    [✓] Court costs of $ __WAIVED__                [ ] Fine of _____
    Through the Division of Parole and Probation:  Supervision fee of $25.00 WAIVED
    [ ] Fine of $ _____                  [✓] Public Defender fee of $ __WAIVED__
    [ ] Restitution of $ _____ to _____
    
    [ ] Within _____ days/years  [ ] Installments of $ _____ per month

IV. As may be directed by the assigned Probation Officer, the Defendant shall: Enter, complete and pay all costs and fees for:
    [✓] Counseling, psychiatric or psychological treatment    [ ] HIDTA IMPACT Program
    [ ] Drug or alcohol program and testing                   [ ] Random urinalysis
    [ ] Break the Cycle Program

V.  Register as _____
VI. Other: Have no Contact with Myron Scruggs and Eric Hart

VII. In addition to the above, the Defendant is subject to the standard conditions of probation on the reverse side of this Order. You are to report to the Intake Agent of the Division of Parole and Probation in the Courthouse, Room 068B, Upper Marlboro, Maryland immediately. **YOUR FAILURE TO REPORT AS DIRECTED MAY RESULT IN YOUR ARREST.**

_____ JUDGE

I have read, or have had explained to me, the conditions of probation. I understand that if I do not follow these conditions, I could be returned to court and charged with violation of probation.

Witness: _____

Signed: This ___ Day of _____, 20__

Defendant: _____   DOB 10/21/74
Street Address: 3005 30th Street SE
City: Washington    State: DC    Zip: 20020

The foregoing conditions of probation were reviewed, in my presence, with my client, the above signed Defendant, who fully understood and agreed to them.

Attorney for Defendant: _____

Original: Court File***Pink: Probationer***Yellow: Department of Parole and Probation           P.G.CC.FORM 1525A

Case No: CT011526B

STATE OF MARYLAND
PRINCE GEORGE'S COUNTY, TO WIT:

    I HEREBY CERTIFY THAT the foregoing is a true copy of the Disposition and documents in the above entitled case in the Circuit Court for Prince George's County, Maryland.

    IN TESTIMONY WHEREOF, I hereto set my hand and affix the seal of the Circuit Court for Prince George's County, Maryland, this 26h Day of April, 2006.

_____
Rosalyn E. Pugh, Clerk #280

| LOCATED AT (COURT ADDRESS) 14735 Main Street Upper Marlboro, MD 20772 | DISTRICT COURT CASE NUMBER 1E00178935 | TIME: 00:40 RELATED CASE(S): |
|---|---|---|

| COMPLAINANT | DEFENDANT |
|---|---|
| NAME (LAST, FIRST M.I.)  TITLE<br>DET. CANADA | NAME (LAST, FIRST M.I.)  TITLE<br>CRISTWELL, MICHAEL NONE |
| AGENCY  SUB-AGENCY  ID NO (POLICE)<br>P.G. County Police    2002 | MAFIS NAME (LAST, FIRST M.I.)  TITLE |

| ID NO | RACE | SEX | HT | WT | DOB (MM/DD/YY) |
|---|---|---|---|---|---|
|  | B | M | 5'10" | 165 | 11/21/79 |

| WORK TELEPHONE  HOME TELEPHONE<br>(301) 567-4933 | CC/OCA<br>193516 | HAIR<br>BLK | EYES<br>Brown | OTHER DESCRIPTION<br>DRK COVERALLS |
|---|---|---|---|---|
| ADDRESS  APT NO<br>District IV<br>5135 Indian Head Highway | WORK TELEPHONE<br>(202) 575-7886 | | HOME TELEPHONE<br>( ) - | |
| CITY  STATE  ZIP CODE<br>Oxon Hill, MD 20745 | ADDRESS  APT NO<br>3003 30TH ST, S.E. | | | |
| | CITY<br>WASHINGTON, | | STATE<br>DC | ZIP CODE<br>20020 |

☐ DOMESTIC VIOLENCE    ☐ HATE CRIME    Page 1 of _

## STATEMENT OF PROBABLE CAUSE
ARREST ON TRAFFIC/NATURAL RESOURCES CITATIONS/CRIMINAL CHARGES/MUNICIPAL ORDINANCES/PUBLIC LOCAL LAWS

ON 10/29/01 AT 0004 HRS, OFFICERS RESPONDED TO THE 3100 BLK GOOD HOPE DRIVE, TEMPLE HILLS, PRINCE GEORGE'S COUNTY, MARYLAND IN REFERENCE TO A CITIZEN ARMED ROBBERY CALL. UPON OUR ARRIVAL OFF-DUTY PRINCE GEORGE'S COUNTY POLICE OFFICERS HAD DETAINED THE DEFENDANTS. VICTIM (MYRON SCRUGGS), AND VICTIM (ERIK HART) STATED THE DEFENDANTS HAD APPROACHED THEM AS THEY WERE WALKING TOWARDS THE CLUB, LEGENDS NIGHT CLUB.. DEFENDANT (MICHAEL CRISTWELL) BEGAN ASKING THE VICTIMS QUESTIONS, WHILE DEFENDANTS (LAPRINCE STEPHEN) (RALPH PRICE) BLOCKED THEIR ESCAPE ROUTES. DEFENDANT (CRISTWELL) THEN DISPLAYED A CHROME .380 HANDGUN AND TOOK THE VICTIM'S (SCRUGGS) WALLET, VALUED AT $50.00, KEYS VALUED AT $25.00, AND $20.00 IN U.S. CURRENCY. DEFENDANTS (STEPHENS) (PRICE) AND (CRISTWELL) BEGAN KICKING, AND PUNCHING VICTIM (SCRUGGS) IN THE HEAD AND FACE AREA. THE VICTIM (SCRUGGS) WAS TREATED BY THE AMBULANCE ON THE SCENE. DURING THE ASSAULT THE DEFENDANT (CRISTWELL) STRUCK THE VICTIM (SCRUGGS) WITH THE HANDGUN SEVERAL TIMES IN THE HEAD. THE VICTIM (HART), MANAGED TO ESCAPE DURING THE ASSAULT. THE VICTIM (HART) WAS NOT INJURED, AND WAS NOT ROBBED OF ANY PROPERTY. A SEARCH INCIDENT TO ARREST OF THE DEFENDANT (CRISTWELL) REVEALED 2.3 GRAMS OF A ROCK LIKE SUBSTANCE, WHICH THROUGH MY TRAINING AND EXPERIENCE KNOWS TO BE CRACK COCAINE. THE SUSPECTED CRACK COCAINE FIELD TESTED POSITIVE FOR CRACK COCAINE AND HAS A STREET VALUE OF $460.00. THE DEFENDANTS WERE THEN TRANSPORTED TO DISTRICT 5 FOR INTERVIEWING THEN TO DISTRICT 4 FOR PROCESSING. ALL EVENTS OCCURRED IN PRINCE GEORGE'S COUNTY MARYLAND.

☐ CONTINUED ON ATTACHED SHEET (FORM DC/CR 4A)    PROBABLE CAUSE CHARGES # ✓
LACK OF PROBABLE CAUSE CHARGES #

| I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTER AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF | I HAVE REVIEWED THE STATEMENT OF CHARGES AND HAVE DETERMINED THAT<br>☑ THERE IS PROBABLE CAUSE TO DETAIN THE DEFENDANT<br>☐ THERE IS NOT PROBABLE CAUSE TO DETAIN THE DEFENDANT AND I HAVE ACCORDINGLY RELEASED HIM ON HIS OWN RECOGNIZANCE |
|---|---|
| DATE  ARRESTING OFFICER<br>10/29/01  DET. CANADA | DATE  JUDICIAL OFFICER  COMMISSIONER ID NO<br>10/29/01    6734 |
| AGENCY  SUB-AGENCY  ID NO<br>P.G. County Police    2002 | TRACKING NO 000082260731    CBF NO |

Court Copy    FORM DC/CR 4 (Rev. 7/94)