# UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Criminal No. 06-118 (HHK)** |
| **v.** | **:** | |
| | **:** | **Trial Date: September 25, 2006** |
| **MICHAEL CRISTWELL,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

### <u>NOTICE OF FILING</u>

The government respectfully requests that the Court review the documents attached to this Notice of Filing, consisting of copies of the defendant's prior criminal convictions, when considering the Government's Motion for Leave to Impeach the Defendant with Prior Convictions Pursuant to Federal Rule of Evidence 609, previously filed on July 17, 2006.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

By: _____
KIM A. HERD
Assistant United States Attorney
555 Fourth Street, N.W.
Room 10-840
Washington, D.C. 20530
(202) 616-9370

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY certify that a copy of the foregoing Motion was served via electronic filing this 19th day of July 2006 on Mr. Carlos Vanegas, Assistant Federal Public Defender; 625 Indiana Avenue, N.W., Suite 550, Washington, D.C. 20004.

_____
KIM A. HERD
Assistant United States Attorney