## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 06-118 (HHK)** |
| | : | |
| | : | |
| **MICHAEL CRISTWELL,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the defendant's Motion to Suppress Physical Evidence and the

Government's Opposition to Motion to Suppress Physical Evidence, and finding good cause

shown, it is this ___ day of August, 2006, hereby

ORDERED that the defendant's Motion to Suppress Physical Evidence is DENIED.


_____
The Honorable Henry H. Kennedy, Jr.
United States District Judge