UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 06-118 (HHK) |
| v. | ) | |
| MICHAEL CRISTWELL | ) | |

**O R D E R**

Upon consideration of the Defendant's Opposition to the government's Motion to Admit Evidence pursuant to Federal Rules of Evidence 404(b) and 609, it is hereby

**ORDERED** that the government's Motion is denied.

_____                                     _____
DATE                                                  HENRY H. KENNEDY JR.
                                                      UNITED STATES DISTRICT JUDGE


Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

Kim Herd
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530