UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Criminal No. 06-118 (HHK) |
| v. | : | |
| | : | Trial Date: September 25, 2006 |
| **MICHAEL CRISTWELL,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF FILING

The government respectfully requests that the Court review the documents attached to this Notice of Filing, consisting of copies of the search warrant, affidavit, and inventory for the search of Defendant's residence at 2302 Minnesota Avenue, S.E., Washington, D.C. (Attachment One) and the search warrant, affidavit, and inventory for the search of Defendant's vehicle, a white Cadillac (Attachment Two), when considering the Government's Opposition to Motion to Suppress Physical Evidence previously filed on July 28, 2006.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

By: _____
KIM A. HERD
Assistant United States Attorney
555 Fourth Street, N.W.
Room 10-840
Washington, D.C. 20530
(202) 616-9370

## CERTIFICATE OF SERVICE

     I HEREBY certify that a copy of the foregoing Motion was served via electronic filing this 31st day of July 2006 on Mr. Carlos Vanegas, Assistant Federal Public Defender; 625 Indiana Avenue, N.W., Suite 550, Washington, D.C. 20004.

_____
KIM A. HERD
Assistant United States Attorney