# ATTACHMENT TWO

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## SEARCH WARRANT

TO: **Chief of Police or any Authorized Agent Thereof**     06 CRWSD 219

(Specific Law Enforcement Officer or Classification of Officer of the Metropolitan Police Department or other Authorized Agency)

Affidavit, herewith attached, having been made before me by  Investigator John Marsh  USO-103  that he has probable cause to believe that on the [ ]person [ ]premises [x]vehicle [ ]object, known as  One white Cadillac STS, VIN 1G6KY5394PU800265, bearing District of Columbia vehicle tag CJ 3093

in the District of Columbia, there is now being concealed certain property, namely  Cellular telephones, photographs, clothing and other evidence of pandering as more fully detailed in attachment A of the affidavit in support of this search warrant.

JM 2/3/06

which is  In violation of the D.C. Code 22-2705  and as I am satisfied

(Alleged grounds for seizure)

that there is probable cause to believe that the property so described is being concealed on the above designated [ ]person [ ]premises [x]vehicle [ ]object, and that the foregoing grounds for issuance of the warrant exist.

YOU ARE HEREBY AUTHORIZED within 10 days of the date of issuance of this warrant to search in the daytime/at any time of the day or night, the designated [ ]person [ ]premises [x]vehicle [ ]object, for the property specified and if the property be found there.

YOU ARE COMMANDED TO SEIZE IT, TO WRITE AND SUBSCRIBE in an inventory of the property seized, to leave a copy of this warrant and return to file, a further copy of this warrant and return with the Court on the next Court day after its execution.

Issued this  3rd  day of  February , 20 06      _____
                                              Judge, Superior Court of the District of Columbia

### RETURN

I received the above detailed warrant on  2-3-06 , 20____ and have executed it as
On  2-6-06 , 20____, at  0930  [ ]AM [ ]PM. I searched the
the [ ]person [ ]premises [x]vehicles [ ]object, described in the warrant and I left a copy of the warrant and
Deborah Jones                                                                      properly posted.
(Name of person searched or owner, occupant, custodian or person present at place of search)

The following is an inventory of the property taken pursuant to this warrant:
See Attached Inventory List

This inventory was made in the presence of  Investigators Marsh, Orlem, Reid, Evans, Brophy, Miller

I swear that this is a true and detailed account of all property taken by me under this warrant.
                                              John Edward Marsh
                                              Executing Officer

Subscribed and sworn to before  15th  day  February , 20 06
                                              Bruce D. Beaudin
                                              Judge, Superior Court of the District of Columbia

Form CD-1055 / Apr. 00

# AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

SEARCH WARRANT FOR A WHITE CADILLAC STS FOUR-DOOR PASSENGER CAR IDENTIFIED BY VEHICLE IDENTIFCATION NUMBER1G6KY5394PU800265 AND BEARING DISTRICT OF COLUMBIA VEHICLE REGISTRATION CJ3093.

Your affiant is John Edward Marsh, a criminal investigator, assigned to the United States Attorney's Office. Your affiant has approximately eighteen years law enforcement experience including sixteen years service with the United States Park Police reaching the rank of Detective Sergeant, and one year experience with the Fish and Wildlife Service as a criminal investigator. Your affiant has participated in over 2000 arrests and has been involved in numerous investigations of violent crimes and narcotics trafficking. Your affiant has also received training in, and has investigated computer-based crimes and commercial sex trafficking.

Your affiant received a case request to assist in the investigation of Michael Cristwell, AKA "Bear", DC PDID #484-618. Members of the United States Attorney's Office Criminal Investigative Unit arrested Cristwell on January 2, 2006, pursuant to a Superior Court of the District of Columbia arrest warrant issued on January 1, 2006, charging him with Pandering in violation of 22 D.C. Code 2705. This arrest warrant is included as Attachment 1 to this affidavit and is incorporated by reference herein.

At the time of Cristwell's arrest, the Cadillac vehicle was parked approximately two blocks from his house and was taken into police custody. Cristwell's mother. Barbara Jones, the vehicle's registered owner, stated she helped her son register the vehicle in her name. She also stated her son had complete control of the vehicle.

Your affiant learned through two separate witnesses, who have worked as prostitutes for Cristwell, that Cristwell used the 1993 Cadillac passenger car for advancing the purposes of his prostitution business. Cristwell transported women to and from hotels near the Washington, D.C., New York Avenue prostitution "track," and worked out of the vehicle when the women were between hotel rooms. Your affiant also learned from one of the witnesses that she believes the defendant may have put her identification card and clothing of her's in the vehicle. The defendant communicated with the women working for him by cellular telephone and gave each of the girls cellular telephones to use. The witnesses believed the phones may have also been left in the vehicle.

Your affiant has learned through training and experience that pimps in the prostitution business treat their vehicles as a type of mobile office. They often identify with their vehicles and keep additional items of evidence of the prostitution business in them. These items of evidence include pictures, documentation of telephone numbers and



other business records, cellular telephones, clothing for prostitutes to wear, condoms and other instruments related to prostitution. Pimps also use computer electronic devices including PDAs to store information and pictures.

Based on the foregoing facts and information, there is probable cause to believe that the subject Cadillac passenger car contains evidence of Pandering in violation of 22 D.C. Code 2705. Your affiant respectfully requests that a D.C. Superior Court Search Warrant be issued for the Cadillac, Vehicle Identification Number, 1G6KY5394PU800265, for the seizure of the items listed in Attachment A.

## ATTACHMENT A

### ITEMS TO BE SEIZED

1. Items to Be Seized

Cellular telephones, including the recorded information and photographs stored within them; files, records, photographs or any other memorialization of the defendant's pandering. Clothing, condoms, sex toys, and any other instruments of commercial sex trade.

Files, records, photographs or any other digital media relating to the defendant's pandering. These may be secreted in computer software consisting of digital information which can be interpreted by a computer and any of its related components to direct the way they work. Software is stored in electronic, magnetic, optical, or other digital form. It commonly included programs to run operating systems, applications (like word-processing, graphics, or spreadsheet programs), utilities, compilers, interpreters, and communications programs. Any files, photographs or other records created by these programs to include cookies and other computer generated records of internet access. Computer-related documentation consisting of written, recorded, printed, or electronically stored material, which explains or illustrates how to configure or use the computer hardware, software, or other related items.

Computer passwords and other data security devices that are designated to restrict access to or hide computer software, documentation, or data. Data security devices may consist of hardware, software, or other programming code. A password usually operates as a sort of digital key to "unlock" particular data security devices. Data security hardware may include encryption devices, chips, and circuit boards. Data security software or digital codes may include programming code that creates "test" keys or "hot" keys, which perform user-defined security- related functions when activated. Data security software or code which might also encrypt, compress, hide or

"booby-trap" protected data to make it inaccessible or unreadable as well as reverse the process to restore the data. Logs of electronic communications, disks of communications, hard copies of communications, audio cassette tapes of communications, calendars, appointment books, telephone number lists, incoming and outgoing facsimile messages, and any documentation, telephone records, bank account information or wire transfer information.

The terms "records," "documents," and "materials" include all of the foregoing items of evidence in whatever form and by whatever means such records, documents, or materials, their drafters, or their modifications may have been created or stored, including, but not limited to, any handmade form (such as writing, drawing, painting, with any implement on any surface, directly or indirectly); any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, photocopies); any mechanical form (such as tape recordings, cassettes, compact discs, or any information on an electronic or magnetic storage device, such as floppy diskettes, hard disks, zip disks, CD-ROMs, optical discs, printer buffers or any file or image stored in printers that may contain electronic information, smart cards, memory calculators, electronic dialers, Bernoulli drives, or electronic notebooks, as well as printouts or readouts from magnetic storage devices).

_____
Affiant, John Edward Marsh
Investigator, United States Attorney's Office

Subscribed and Sworn Before Me
_____
This 3rd day of February, 2006.

_____
Judge, Superior Court, District of Columbia


Attachment #1

# Superior Court of the District of Columbia
## CRIMINAL DIVISION

### AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

| USW NO.: | Case No.: |

| DEFENDANT'S NAME: Cristwell, Michael (NMN) | CCR: | PDID: 484618 |

| SEX: M | RACE: B | D.O.B.: 10-21-79 | HEIGHT: 509 | WEIGHT: 140 | EYES: Bro | HAIR: blk | COMPLEXION: |

| DEFENDANT'S HOME ADDRESS: 3005 30th St, S.E., Washington, D.C. | TELEPHONE NUMBER: |

| DEFENDANT'S BUSINESS ADDRESS: N/A | TELEPHONE NUMBER: |

| COMPLAINANT'S NAME: A.J., a minor |

| LOCATION OF OFFENSE: 1600 block New York Ave., N.E. | DATE OF OFFENSE: On or about 1-20-06 | TIME OF OFFENSE: 0001 |

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

**REPORT:**
On January 20, 2006, W-1, C-1's father, reported to the Metropolitan Police Department that a few weeks earlier C-1 had run away from home. W-1 stated that C-1 was only 16 years old. W-1 reported that he had reported C-1 missing in the beginning of January 2006 and had been looking for C-1 ever since. During the late evening hours of January 20, 2006, W-1 received a call from a friend who indicated he had seen C-1 walking in the 1600 block of New York Ave, N.E., Washington, D.C. W-1 immediately drove to the area and saw his daughter, C-1, walking in the area of the 1600 block of New York Ave, N.E. W-1 stated his daughter was scantily clad. When W-1 approached his daughter to take her home, C-1 began to run. After W-1 caught her, he called the Metropolitan Police Department, which responded, conducted a brief investigation, and released C-1 to the custody of her family.

**INVESTIGATION:**
On January 23, 2006, Detective Timothy Palchak conducted an in-person interview with C-1. C-1 stated that during the last few weeks in December 2005 she met the defendant (hereafter D-1) who she knew only as "Mike" or "Bear." C-1 met D-1 through a 19-year-old female. The 19-year-old female approached C-1 at a convenience store on Minnesota Ave, S.E. and told C-1 that her "friend", D-1, wanted to speak to C-1. C-1 spoke to D-1 and initially thought D-1 was interested in being her boyfriend. C-1 told D-1 she was only 16 years old. C-1 and D-1 exchanged phone numbers and spoke with one another on a regular basis. D-1 also visited C-1 at her home and at her school. D-1 regularly told C-1 that if she wanted to leave her home she could stay with him.

| TO: WARRANT CLERK | AFFIANT'S SIGNATURE: X John Edward Marsh |
| PLEASE ISSUE A WARRANT FOR: Michael Cristwell | SUBSCRIBED AND SWORN TO BEFORE ME THIS 1ST DAY OF February, 2006 |
| CHARGED WITH: Pandering | |
| ASSISTANT UNITED STATES ATTORNEY | (JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA |

NCIC approved

Automated Egrey, MPD-TD, MPE

2-1546 wd-382

# Superior Court of the District of Columbia

## CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

| USW NO.: | Case No.: |
|---|---|

| DEFENDANT'S NAME: Cristwell, Michael (NMN) | CCR: | PDID: 484618 |
|---|---|---|

| SEX: M | RACE: B | D.O.B.: 10-21-79 | HEIGHT: 509 | WEIGHT: 140 | EYES: bro | HAIR: blk | COMPLEXION: |
|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: 3005 30th St, S.E., Washington, D.C. | TELEPHONE NUMBER: |
|---|---|

| DEFENDANT'S BUSINESS ADDRESS: N/A | TELEPHONE NUMBER: |
|---|---|

| COMPLAINANT'S NAME: A.J., a minor | | |
|---|---|---|
| LOCATION OF OFFENSE: 1600 Block New York Avenue, NE | DATE OF OFFENSE: On or about 1-20-06 | TIME OF OFFENSE: 0001 |

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

In early January 2006, C-1 decided to leave home. C-1 contacted D-1 and he picked her up from her high school. Within the next two days, D-1 made clear to C-1 that she would need to prostitute for him. Specifically, D-1, along with the 19-year-old female who assisted in introducing C-1 to D-1, told C-1 the rules of the game. D-1 told C-1 what streets she would need to work on in Washington, D.C. D-1 also told C-1 the prices she should charge for oral sex and sexual intercourse. D-1 told C-1 how she could identify other "pimps" and also how she could identify the police.

C-1 reported that during the first few weeks in January 2006, up until January 20, 2006, D-1 would tell her where to engage in acts of prostitution. C-1 stated that she worked from 12:00 a.m.-8:00 a.m. usually at least every other day. C-1 stated that on average she earned approximately $400/night for engaging in acts of prostitution. C-1 gave all of the money she earned to D-1. C-1 stated that on January 20, 2006, D-1 took C-1 to the 1600 block of New York Ave, N.E. for the express purpose of engaging in prostitution.

On February 1, 2006, your affiant, John Edward Marsh, spoke with C-1 and confirmed the foregoing facts regarding D-1's procurement of C-1 to engage in prostitution. Your affiant also learned that D-1 continues to call C-1 at the apartment where she currently resides. Your affiant showed C-1 a photo array containing a photograph of D-1 and C-1 pointed to the photograph in position 8 and stated "that's him" and indicated she was "100% sure." The individual in the photograph in position 8 is D-1, identified as Michael Cristwell, DOB 10-21-79, PDID 484-618.

| TO: WARRANT CLERK | AFFIANT'S SIGNATURE: X /s/ John Edward Marsh |
|---|---|
| PLEASE ISSUE A WARRANT FOR: Michael Cristwell | SUBSCRIBED AND SWORN TO BEFORE ME THIS 1st DAY OF February, 2006 |
| CHARGED WITH: Pandering /s/ ASSISTANT UNITED STATES ATTORNEY | /s/ (JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA |

Automated Egrav, MPD-70, 1/99

NCIC approved

2-1546 wd-382

2/6/06  0930 hrs
Search Warrant Execution of Cadillac STS
Tag - CJ 3093 DC

Item Key C

C-01 - 8 inch blade Butcher Knife w/Black Handle Found by M. Evans between Floorboard and drivers side doorjam.

C-02 - Blk/Silver Motorola i710 Cell Phone (Broken) Found by Evans inside of Rear driver MAP Pocket ~~passenger~~. With a Vehicle charger wrapped around cord.

C-03 - Nouveau Tech Package of Inside Secrets ~~from~~ Nouveau Tech Secret ~~Society~~.

C-04 - Howard Univ Hospital Patient Release Form

C-05 - Howard Univ Hospital Rx Form

C-06 - Budget Motor Inn Hotel Receipt from 1/30/06

C-07 - Citibank Debit Card
       Bank of America Plat Debit Card
       Safeway Club Card
       Social Security Card 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
       Hollywood Video Card
       Super 8 Hotel Trip Rewards Card
       Assorted Mail/Document Matter

C-08 - Cadillac Vehicle Id Manual Holder

C-09 - Lt. Brown Id Case which contained C-07

C-10 - Cream Colored Shoes

C-11 - Blk Rain Suit

C-12 - White Pants/Shirt

C-13 - Leather Redskin Jacket

C15 - Wire Rim Style Glasses
C16 - Set of Multiple Keys on Ring