UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 06-118 (HHK) |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| MICHAEL CRISTWELL | ) |  |

### MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel, Carlos J. Vanegas, hereby respectfully moves this Honorable Court, for an order allowing undersigned to withdraw from further representation of defendant, Michael Cristwell.

In support of the Motion undersigned states:

1. Undersigned counsel was assigned to represent Mr. Cristwell on May 19, 2006 when he appeared before the Court for his initial appearance and arraignment. On that date Mr. Cristwell entered a plea of not guilty to the one count indictment charging him with a violation of 18 U.S.C. § 922(g)(1).

2. Since the initial appearance the parties appeared before the Court on June 13, 2006 and June 27, 2006 for Status Conferences during which the Court was informed of the status and direction of the case. On June 27, 2006, undersigned counsel informed the Court that Mr. Cristwell wanted to proceed to trial. The Court scheduled trial for September 25, 2006.

3. During the last three meetings the relationship between undersigned counsel and Mr. Cristwell has deteriorated significantly. In the last meeting on August 23, 2006 Mr.

Cristwell emphatically requested that undersigned counsel file a Motion to Withdraw and to discontinue any further representation. During the meeting it was clear that undersigned counsel and Mr. Cristwell have irreconcilable differences regarding the case. Equally important is that Mr. Cristwell does not have confidence or trust in undersigned's ability to represent him.

4.   On Monday, August 28, 2006 Senior Assistant Federal Defender W. Gregg Spencer visited Mr. Cristwell to see if the client/attorney relationship could be salvaged. Mr. Cristwell repeated his request to Mr. Spencer that undersigned counsel withdraw from any further representation.

WHEREFORE, undersigned counsel respectfully requests that the Court grant the Motion allowing undersigned counsel to withdraw from further representation of Mr. Michael Cristwell.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C.  20004
202-208-7500