UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 06-118 (HHK) |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| MICHAEL CRISTWELL | ) |  |

### ORDER

Upon consideration of Assistant Federal Defender Carlos J. Vanegas', Motion to Withdraw as counsel for Michael Cristwell, it is this the _____ day of _____, 2006, hereby

**ORDERED**, that Assistant Federal Defender Carlos J. Vanegas's Motion to Withdraw is Granted;

**SO ORDERED**

_____  
DATE

_____  
HENRY H. KENNEDY JR.  
UNITED STATES DISTRICT JUDGE

Carlos J. Vanegas  
Assistant Federal Public Defender  
625 Indiana Ave., N.W., Suite 550  
Washington, D.C. 20004

Kim Herd  
Assistant United States Attorney  
555 4th Street, N.W.  
Washington, D.C. 20530