NOTICE OF APPEARANCE                                                    CO-1506 (New 5/92)

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA )
)
)
)
vs. )   Criminal No. 06-00118 (HHK)
)
)                                    **FILED**
Michael Cristwell )
_____ )                         SEP 2 5 2006
(DEFENDANT)
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☒ CJA            ☐ RETAINED            ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

KENNETH D. AUERBACH  370469
(Attorney & Bar ID Number)

_____
(Firm Name)

8720 Georgia Avenue, Ste 704
(Street Address)

Silver Spring        Maryland        20910
(City)              (State)          (Zip)

(301) 585-5566
(Telephone Number)