UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06-118 (HHK) |
| | : | |
| v. | : | VIOLATION: 18 U.S.C. § 922(g)(1); |
| | : | 22 D.C. Code § 2705 (Unlawful |
| | : | Possession of a Firearm by a Person |
| | : | Convicted of a Crime Punishable |
| | : | by Imprisonment for a Term |
| MICHAEL CRISTWELL | : | Exceeding One Year and |
| | : | Pandering) |

## SUPERSEDING INFORMATION

The United States Attorney informs the Court that:

### COUNT ONE

1. On or about February 6, 2006, within the District of Columbia, MICHAEL CRISTWELL, having been convicted of crimes punishable by imprisonment for a term exceeding one year, in Prince George's County Maryland Circuit Court, Criminal Case Nos. CT011526A and CT990965B, and in the Superior Court for the District of Columbia, Criminal Case No 1998FEL002590, did unlawfully and knowingly receive and possess a firearm, that is a Titanic .32 caliber revolver, which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable for a Term Exceeding One Year, in violation of title 18, United States Code, Section 922(g)(1))**

## COUNT TWO

2.  On or about between January 10, 2006 and January 20, 2006, within the District of Columbia, Defendant MICHAEL CRISTWELL compelled, induced, enticed, or procured, or attempted to compel, induce, entice, or procure A.J. to engage in prostitution.

**(Pandering, in violation of 22 D.C. Code Section 2705)**

.

                                           Respectfully submitted,

                                           JEFFREY A. TAYLOR
                                         UNITED STATES ATTORNEY
                                         D.C.  Bar #498610

By: _____
        KIM HERD (DC BAR #461615)
        Assistant United States Attorney
        555 Fourth Street, NW,  Room 10-840
        Washington, D.C.  20530
        (202) 616-9370