UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

Michael Cristwell

Defendant.

Criminal 06CR118

FILED
OCT 1 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## SENTENCING SCHEDULING ORDER

It is this 11th day of October, 2006, hereby

ORDERED that the sentencing in this matter is set for Tuesday Dec 12, 2006 at 2:30pm.; and it is

ORDERED that the probation officer assigned to this case disclose the initial version of the pre-sentence investigation report to the parties 45 days after the referral date; and it is further

ORDERED that counsel submit their objections to the probation officer 10 days after the report is initially disclosed by the probation office; and it is further

ORDERED that the probation officer disclose to the parties and file with the court the final pre-sentence investigation report 10 days after the parties have submitted their objections; and it is further

ORDERED that the parties file any memoranda in aid of sentencing with the court 10 days after the final version of the pre-sentence report is disclosed by the probation officer; with responses thereto due five days thereafter. The parties' submissions must contain supporting case law or any other authority that the parties intend to reply upon.

SO ORDERED.

Henry H. Kennedy, Jr.
United States District Judge