UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MICHAEL CRISTWELL,**<br><br>**Defendant.** | Criminal 06-0118 |

## ORDER

Before the court is defendant Cristwell's "Memorandum and Motion Regarding Lack of Subject Matter Jurisdiction" [#23], in which he purports to challenge this court's jurisdiction over his case. Cristwell's motion is frivolous as it has no basis in fact or law. Accordingly, it is this 3rd day of September 2008, hereby

**ORDERED** that Cristwell's motion [#23] is **DENIED**.

Henry H. Kennedy, Jr.
United States District Judge